# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID EUGENE ARADOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV 10-077-JHP-SPS |
| ) | |
| ROB L. PYRON and ) | |
| JUDGE GEORGE BUTNER, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER
## DIRECTING PAYMENT OF FILING FEE

On March 24, 2010, the court entered an order granting plaintiff leave to proceed *in forma pauperis* [Docket #4]. It has come to the court's attention that plaintiff has made no payments toward his **$350.00 filing fee**, and no order has been entered directing plaintiff's current custodian to collect and forward monthly payments for the filing fee.

ACCORDINGLY, the agency having custody of plaintiff is hereby directed to collect and forward monthly payments to the Court Clerk until plaintiff's **$350.00 filing fee** is paid in full, in accordance with 28 U.S.C. § 1915(b)(2), as set forth in the court's Order Granting Leave to Proceed In Forma Pauperis. The Court Clerk is directed to send a copy of this Order with the Order Granting Leave to Proceed In Forma Pauperis [Docket #4] to plaintiff's custodian and to the trust fund officer at his facility.

**IT IS SO ORDERED** this 15th day of March 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma